# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Telephone USA Investments, Inc.
                                          Plaintiff,

v.                                                               Case No.: 1:22−cv−02260
                                                                     Honorable Mary M. Rowland

Lumen Technologies, Inc.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 20, 2022:

      MINUTE entry before the Honorable Mary M. Rowland: Defendant's motion to compel arbitration [28] is granted. Enter Memorandum Opinion and Order. The matter is stayed pending arbitration. Parties are to file a status report with this court by 1/31/23 updating the court on the pending arbitration and any settlement efforts. Plaintiff's motion for summary judgment [40] is denied without prejudice. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.