UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Telephone USA Investments, Inc.
                             Plaintiff,

v.                                                  Case No.: 1:22−cv−02260
                                                  Honorable Mary M. Rowland

Lumen Technologies, Inc.
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 28, 2022:

      MINUTE entry before the Honorable Mary M. Rowland:Plaintiff's motion for counsel to withdraw [45] is granted. Plaintiff is required to make arrangements for Local Counsel. Attorney Timothy W. Wright, III terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.